U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
SEVERO PASILLAS

v.

CITY OF CHICAGO, et. al.,

Case Number:
FILED: APRIL 1, 2008
08CV1863           TG
JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIF SEVERO PASILLAS

| | |
|---|---|
| NAME (Type or print) | |
| JAMES BARANYK | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ *James Baranyk* | |
| FIRM | |
| A LAW OFFICE OF CHRISTOPHER R. SMITH | |
| STREET ADDRESS | |
| 119 N. PEORIA STREET, SUITE 3A | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6292337 | 312-432-0400 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☐   NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES ☐   NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐