**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SEVERO PASILLAS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1863 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| CITY OF CHICAGO, FRANK MICELI, | ) | |
| Star #10297, and RAFAEL MARTINEZ, | ) | Magistrate Judge Valdez |
| Star #15547, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE**

**TO:**   Jared S. Kosoglad
Law Office of Christopher R. Smith
119 N. Peoria, Suite 3A
Chicago, IL 60607

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on the 9th day of June, 2008, at 9:00 a.m., the initial status date for this matter, or as soon thereafter as counsel may be heard, and then and there present the attached Agreed Motion.

I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via ECF electronic filing to the person named above on this June 2, 2008.

Respectfully Submitted,

**/s/ Kathryn M. Doi**
KATHRYN M. DOI
Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, IL  60602
(312) 744-0742
Attorney No. 06274825