IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEVERO PASILLAS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1863 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| CITY OF CHICAGO, FRANK MICELI, | ) | Magistrate Judge Valdez |
| Star #10297, and RAFAEL MARTINEZ, | ) | |
| Star #15547, | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**TO:** Christopher R. Smith
Jared S. Kosoglad
Law Office of Christopher R. Smith
119 N. Peoria, Suite 3A
Chicago, IL 60607

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, DEFENSES AND JURY DEMAND**, a copy of which is attached hereto and herewith served upon you.

I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via ECF electronic filing to the person named above on this June 27, 2008.

Respectfully Submitted,

**/s/ Kathryn M. Doi**
KATHRYN M. DOI
Assistant Corporation Counsel

30 N. LaSalle
Suite 1400
Chicago, IL  60602
(312) 744-0742
Attorney No. 06274825