# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Severo Pasillas

                Plaintiff,

v.                                      Case No.: 1:08−cv−01863

                                              Honorable Matthew F. Kennelly

City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

        MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 7/16/2008. Telephone conference, to be initiated by the parties, is set for 8/13/2008 at 9:00 AM., for the purpose of discussing status of settlement discussions. Fact discovery ordered closed 12/31/2008. Rule 26(a)(2) disclosures are due by 1/28/2009; rebuttal disclosures are due 2/25/2009. Expert discovery ordered closed 3/26/2009.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.