IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEVERO PASILLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 1863 |
| vs. ) | |
| ) | |
| CITY OF CHICAGO, FRANK MICELI, Star ) | Judge Kennelly |
| #10297, and RAFAEL MARTINEZ, Star ) | |
| #15547, ) | |
| ) | |
| Defendants ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER R. SMITH | KATHRYN M. DOI |
| Attorney for Plaintiff | Assistant Corporation Counsel |
| 119 N. Peoria, Suite 3A | Attorney for Defendants |
| Chicago, IL 60607 | 30 N. LaSalle, Suite 1400 |
| (312) 432-0400 | Chicago, IL 60602 |
| Attorney No. 6201953 | (312) 744-0742 |
| | Attorney No. 6274825 |
| DATE: 8/13/2008 | DATE: 8/14/08 |

08 C 1863