

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEVERO PASILLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 1863 |
| vs. ) | |
| ) | |
| CITY OF CHICAGO, FRANK MICELI, Star ) | Judge Kennelly |
| #10297, and RAFAEL MARTINEZ, Star ) | |
| #15547, ) | |
| ) | |
| Defendants ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Severo Pasillas, by his attorney, Christopher R. Smith, and Defendants, City of Chicago, Frank Miceli and Rafael Martinez, by one of their attorneys, Kathryn M. Doi, Assistant Corporation Counsel, the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, and the Court being otherwise fully advised of the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Severo Pasillas, against Defendants, City of Chicago, Frank Miceli and Rafael Martinez, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
Hon. Matthew F. Kennelly
United States District Judge

DATED: 8-15-08